1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

11
12
13
14
15
16

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00054-ART-CLB |
| Plaintiff, | **ORDER APPROVING** |
| v. | |
| ADAM D. HAMMOND, | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| Defendant. | (First Request) |

17   IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public
18 Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for
19 ADAM D. HAMMOND, United States Attorney Jason M. Frierson, and Assistant United States
20 Attorney RANDOLPH J. ST. CLAIR, counsel for the United States of America, that the parties
21 herein shall have to and including December 30, 2022, to file any and all pretrial motions and
22 notices of defense.
23   IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they
24 shall have to and including January 13, 2023, to file any and all responsive pleadings.
25
26

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 20, 2023, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of February 28, 2023, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 21ST day December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Adam D. Hammond | By: */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this 22nd day of December, 2022.

Anne R. Traum
United States District Court Judge