**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ADAM D. HAMMOND,<br><br>   Defendant. | 3:21-cr-00054-ART-CLB<br><br>**ORDER APPROIVING STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS [ECF 70]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between JASON FRIERSON, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, RENE VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, Counsel for defendant, to extend the deadline for the Government's Response to Defendant's Motion to Suppress [ECF No. 70] from January 13, 2023, to January 20, 2023.

This is the parties' first request for an extension.

The parties stipulate, subject to the Court's approval, that the Government's Response to Defendant's Motion to Suppress is due on January 20, 2023. The parties further stipulate that

Defendant would have until February 3, 2023, to file any reply. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 5th day of January 2023.

| | |
|---|---|
| JASON FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Defendant |

**IT IS SO ORDERED.**

_____
**HONORABLE ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

**DATED: January 6, 2023**