UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ADAM D. HAMMOND,<br><br>       Defendant. | Case No.  3:21-cr-00054-ART-CLB<br><br>**ORDER APPROVING**<br><br>STIPULATION TO EXTEND TIME<br>TO FILE REPLY<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for ADAM D. HAMMOND, United States Attorney Jason M. Frierson, and Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the United States of America, to extend the time in which the Defendant's Reply to Response to the Defendant's Motion to Suppress [ECF #77] from February 3, 2023, to February 13, 2023. This is the first request for an extension for time to file reply.

The additional time requested for the filing the responses is requested mindful of the current trial date of February 28, 2023, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 1st day February, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Adam D. Hammond | By: /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this 2nd day of February, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE