# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM D. HAMMOND,<br><br>　　　　Defendant. | Case No. 3: 21-cr-00054-ART-CLB<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant, Adam D. Hammond.

Leave of Court is granted for the filing of the above dismissal.

It is further ordered that Mr. Hammond is immediately released from custody.

DATED this 17th day of February, 2023.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE